UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH WILLIAMSON,

Plaintiff,

v.

DEPARTMENT OF THE TREASURY, et al.,

Defendants.

Case No.  21-cv-06232-PJH

**ORDER OF DISMISSAL**

Plaintiff, a state prisoner in Texas proceeding pro se, filed a civil action.  Plaintiff was sent a notice that he had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP") and he was allowed twenty-eight days to either pay the fee or file the application.  A copy of the court's form for applications to proceed IFP was provided with the notice. Twenty-eight days has passed, and plaintiff has not submitted any filing or otherwise communicated with the court.  This case is therefore **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

Dated: September 27, 2021

 _/s/ Phyllis J. Hamilton_
PHYLLIS J. HAMILTON
United States District Judge